1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

WILLIAM KEITH,                    )        No. C 12-01406 EJD (PR)
10                                )
            Plaintiff,            )        ORDER OF TRANSFER
11                                )
    vs.                           )
12                                )
                                  )
13  CDCR, et al.,                 )
                                  )
14          Defendants.           )
    _____ )

15

16        Plaintiff, a former state prisoner proceeding <u>pro se</u>, initiated the instant civil rights

17  action by filing a letter complaining of knee injuries sustained while incarcerated.

18  Plaintiff later filed a complaint against prison medical personnel at Mule Creek State

19  Prison alleging inadequate medical treatment.  (Docket No. 4.)  Because the acts

20  complained of occurred in Amador County, which lies within the venue of the Eastern

21  District of California, venue properly lies in that district and not in this one.  <u>See</u> 28

22  U.S.C. § 1391(b).  Accordingly, this case is TRANSFERRED to the United States

23  District Court for the Eastern District of California.  <u>See</u> 28 U.S. C. § 1406(a).

24        The Clerk shall terminate any pending motions and transfer the entire file to the

25  Eastern District of California.

26  DATED: _____7/6/2012_____      _____

27                                     EDWARD J. DAVILA
                                       United States District Judge
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM KEITH,

                    Plaintiff,

   v.

CDCR, et al.,

                    Defendants.

_____/

Case Number: CV12-01406 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____7/6/2012_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Keith
4101 30th Street, Ste. B
San Diego, CA 92104

Dated: _____7/6/2012_____

                        Richard W. Wieking, Clerk
                  /s/By: Elizabeth Garcia, Deputy Clerk